# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ARTHUR GARRETT,** | |
| Petitioner, | |
| vs. | CIV-21-283-JFH-KEW |
| **SCOTT CROW,** | |
| Respondent. | |

## OPINION AND ORDER

Now before the Court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the Court's attention that Petitioner was convicted in **Texas County, Oklahoma**, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Accordingly, in the furtherance of justice, this matter may be more properly addressed in that district.

Therefore, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Western District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 16th day of September 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE